UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPIOLIS DIVISION

| | |
|---|---|
| DENNIS WESOLOWSKI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Cause No. 1:17-cv-749<br>) |
| UNITED STATES,<br>INDIANA UNIVERSITY HEALTH CARE<br>ASSOCIATES, INC. d/b/a<br>IU HEALTH PHYSICIANS,<br>INDIANA UNIVERSITY<br>SCHOOL OF MEDICINE, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## COMPLAINT

Plaintiff, Dennis Wesolowski, by counsel, by way of his Complaint against the Defendants, United States, Indiana University Health Care Associates, Inc. d/b/a IU Health Physicians ("Indiana University Health"), and Indiana University School of Medicine, ("IU School of Medicine") states as follows:

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 USC §1402.

## VENUE

2. Venue lies in the United States District Court Southern District of Indiana, because the United States, by way of the VA Medical Center in Indianapolis, Indiana, and Indiana University are within this district.

## DEFENDANTS

3. The Defendant, VA Medical Center, is owned and operated by the United States government.

4. The Defendant Indiana University Health is an affiliate of Defendant, IU School of Medicine.

## ALLEGATIONS

### Count I
### Negligence

5. Dennis Wesolowski was a resident of Indiana at all times relevant to this Complaint.

6. Dennis Wesolowski was admitted to the VA Medical Center in Indianapolis, Indiana on June 10, 2014 to undergo a Transurethral resection of the prostate ("TURP")(the "Procedure") to treat an enlarged prostate.

7. Dennis was released from the VA to his home.

8. As a result of the Procedure, Dennis suffered from persistent gross hematuria, clot retention in his groin, as well as impotence and incontinence.

9. Approximately two (2) days after the Procedure, Dennis began bleeding from his penis.

10. Dennis returned to the VA, was catheterized at the VA, and discharged home the same day.

11. Dennis then began experiencing extreme abdominal pain, and was unable to urinate even with the use of the catheter.

12. During the course of two (2) months, Dennis returned to the VA on numerous occasions to irrigate the chronic blood clots that began after the Procedure.

13. Due to the continued bleeding, and drastically increased hemoglobin levels present Dennis was admitted to the intensive care unit at the VA.

14. On July 15, 2014, a cystoscope was performed, but the VA was unable to determine the source of the bleeding.

15. On July 23, 2014, Dennis underwent a bilateral anterior division internal iliac artery embolization to stop the bleeding.

16. Dennis was discharged on August 10, 2014 without resolution of his pain, his bleeding, his incontinence, or his impotence.

17. The VA Medical Center failed to render care to Dennis above the minimum level of acceptable care during his TURP Procedure and follow up care. Among other things, the VA Medical Center failed to adequately perform the Procedure, failed to properly identify the injuries caused by the Procedure, failed to have adequately trained staff available to care for Dennis, and failed to adequately and properly staff their facilities with competent nurses, and other physicians capable of properly treating and caring for Dennis.

18. The inadequate and substandard care rendered by the VA Medical Center resulted in Dennis experiencing great pain, suffering, loss of independence, and damages including permanent physical and mental impairment.

19. Dennis as a result of the negligent care and treatment by the VA Medical Center suffered multiple injuries from at least one if not more than one occurrence of malpractice.

20. Dennis, as a result of the negligent care and treatment he received from the VA Medical Center suffered injuries which entitle him to damages.

21. On May 3, 2016. Wesolowski served his Federal Tort Claims Act notice pursuant to 28 U.S.C. §1346(b) and 2671-2689 naming the United States as tortfeasor.

22. On October 27, 2016, the U.S. Department of Veterans Affairs served its denial of the tort claim submitted against the U.S Department of Veterans Affairs. Wesolowski now timely submits this claim against the United States pursuant to U.S.C. §1346(b).

WHEREFORE, Plaintiff, Dennis Wesolowski, prays for judgment in his favor and for such damages as are reasonable in the premises, and for all other just and proper relief.

## Count II
## Breach of Duty to Third-Party Beneficiary

23. Plaintiff incorporates by reference paragraphs 1-20 of its Complaint as if fully set forth herein.

24. Indiana University Health and IU School of Medicine contracted with the VA to provide urological surgeon services and supervision for the Indiana University School of Medicine, for eligible veterans at the Richard L. Roudebush VA Department of Veteran Affairs Medical Center ("RLR VAMC") and to provide effective and comprehensive treatment to eligible veterans (the "Contracts")(Copies of the Contracts are attached hereto as Exhibits "A" and "B").

25. Indiana University Health and the IU School of Medicine's duties under these Contracts included a duty to provide professional board-certified eligible urological surgeon services at the RLR VAMC and Supervise and train residents assigned to the VA Medical Center on a rotational basis.

26. Dennis, as a Veteran receiving services at the RLR VAMC, was intended as a third-party beneficiary under the Contracts between the VA and Indiana University Health, and the VA and IU School of Medicine, and the Contracts imposed a duty on Indiana University Health and IU School of Medicine in favor of Plaintiff.

27. Indiana University Health, IU School of Medicine, and the VA failed to fulfill their duties under the Contracts, including the duties to provide effective and comprehensive

treatment by properly trained and certified physicians, as well as failure to provide proper and adequate supervision, or otherwise to ensure appropriate professional surgical coverage.[1]

28. The failures by Indiana University Health, IU School of Medicine, and the VA damaged Plaintiff, and as a result of the mutual Contract breaches, Plaintiff has suffered extensive and ongoing pain and suffering.

WHEREFORE, Plaintiff, Dennis Wesolowski, prays for judgment in his favor and for such damages as are reasonable in the premises, and for all other just and proper relief.

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, by counsel, and hereby makes Request for Trial by Jury of all issues of the above-entitled, numbered and styled cause of action.

Respectfully submitted,

/s/ Zachary J. Eichel
Zachary J. Eichel, #28895-49
zach@einterzlaw.com
Michael L. Einterz
mike@einterzlaw.com
Einterz & Einterz
4600 Northwest Plaza West Drive
Zionsville, Indiana 46077
(317) 337-2021

---

[1] A Proposed Complaint was filed with the Indiana Department of Insurance in this matter in May, 2016. The matter remains pending before the IDOI, as the panel has not yet convened.