UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS WESOLOWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:17-cv-00749-JMS-MPB |
| | ) |
| UNITED STATES, | ) |
| INDIANA UNIVERSITY HEALTH CARE | ) |
| ASSOCIATES, INC. d/b/a | ) |
| IU HEALTH PHYSICIANS, | ) |
| INDIANA UNIVERSITY | ) |
| SCHOOL OF MEDICINE, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT IU HEALTH PHYSICIANS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Indiana University Health Care Associates, Inc. d/b/a IU Health Physicians ("IUHP"), by counsel, respectfully requests that the claim asserted against it by Plaintiff Dennis Wesolowski ("Wesolowski") be dismissed. In support of this motion, IUHP states as follows:

1. Wesolowski filed his complaint on March 10, 2017, which includes two counts, the second of which is directed toward IUHP. (ECF No. 1.) Specifically, in Count II, Wesolowski alleges a breach of contract claim against IUHP and IU School of Medicine, contending that they breached their contracts with the VA Hospital by failing to "provide effective and comprehensive treatment by properly trained and certified physicians, as well as failure to provide proper and adequate supervision, or otherwise to ensure appropriate professional surgical coverage" for Wesolowski. (*Id.*, ¶¶ 24-28.)

2. The breach of contract claim asserted against IUHP relates to the health care that was provided to Wesolowski at the VA Hospital in August 2014. However, Wesolowski did not file his claim against IUHP until March 2017, well beyond the applicable two-year statute of limitations for such a claim. As a result, his claim against IUHP is untimely, and it is barred by the statute of limitations.

3. Additionally, this Court lacks subject matter jurisdiction over Wesolowski's claim against IUHP because Wesolowski failed to properly exhaust his administrative remedies under the Indiana Medical Malpractice Act.

4. In support of its motion, IUHP relies upon the accompanying brief in support, which is incorporated by reference herein.

WHEREFORE, Defendant Indiana University Health Care Associates, Inc. d/b/a IU Health Physicians, by counsel, respectfully requests that the Court grant its motion to dismiss the claim asserted against it because the claim is untimely and because this Court lacks subject matter jurisdiction over the claim.

Respectfully submitted,

s/ *Philip R. Zimmerly*
Mary M. Ruth Feldhake (#15013-41)
Philip R. Zimmerly (#30217-06)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000; (317) 684-5173 Fax
MFeldhake@boselaw.com
PZimmerly@boselaw.com

*Attorneys for Defendant, Indiana University Health Care Associates, Inc. d/b/a IU Health Physicians*

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Michael L. Einterz, Esq.
>Zachary J. Eichel, Esq.
>Einterz & Einterz
>4600 Northwest Plaza West Drive
>Zionsville, IN 46077
>mike@einterzlaw.com
>zach@einterzlaw.com
>
>Kelly J. Pitcher, Esq.
>Elizabeth S. Traylor, Esq.
>Clendening Johnson and Bohrer, P.C.
>101 West Ohio Street, Suite 600
>Indianapolis, IN 46204
>kpitcher@lawcjb.com
>etraylor@lawcjb.com

>>s/ *Philip R. Zimmerly*
>>Philip R. Zimmerly

3188506_1