UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS WESOLOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-cv-00749-JMS-MPB |
| ) | |
| UNITED STATES, ) | |
| INDIANA UNIVERSITY HEALTH CARE ) | |
| ASSOCIATES, INC d/b/a ) | |
| IU HEALTH PHYSICIANS, ) | |
| INDIANA UNIVERSITY SCHOOL ) | |
| OF MEDICINE, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT INDIANA UNIVERSITY SCHOOL OF MEDICINE'S MOTION TO DISMISS UNDER FED. R. CIV P. 12(b)(1) AND 12(b)(6)

Pursuant to Fed R. Civ. P. 12(b)(1) and 12(b)(6), Defendant, Indiana University School of Medicine, by counsel, respectfully requests that the Court dismiss the claims asserted against Indiana University School of Medicine by Plaintiff Dennis Wesolowski. In support Indiana University School of Medicine states as follows:

1. Indiana University School of Medicine ("IU Med School") hereby joins in, adopts, and incorporates by reference the arguments raised in the Motion to Dismiss and Brief in Support filed by Indiana University Health Care Associates, Inc. d/b/a IU Health Physicians ("IUHP") on April 20, 2017. (ECF Nos. 17 and 18).

2. The arguments in IUHP's Motions to Dismiss and Brief in Support apply equally to the claims brought against IU Med School in this action.

1

3. More specifically, Count II of Plaintiff's Complaint filed on March 10, 2017 against the United States, IUHP, and IU Med School alleges a breach of contract claim against the IU Med School and IUHP. (ECF No.1) Plaintiff alleges that IU Med School failed to "provide effective and comprehensive treatment by properly trained and certified physicians, as well as a failure to provide proper and adequate supervision, or otherwise to ensure appropriate professional surgical coverage." (*Id.*, ¶¶ 24-28).

4. As explained in IUHP's Motion to Dismiss and Brief in Support, Plaintiff's breach of contract claim against IUHP and IU Med School stem from medical treatment provided to the Plaintiff at the VA Hospital in August 2014. Regardless of Plaintiff's labeling this as a breach of contract claim, the Plaintiff's allegations center on the provision of medical services and sound in malpractice. The statute of limitations for malpractice therefore applies. Plaintiff filed his claim against IUHP and IU Med School on March 10, 2017. This is outside the two year statute of limitations for a medical malpractice claim. IC § 34-18-7-1. Therefore, Plaintiff's claim against the IU Med School is untimely and barred by the statute of limitations.

5. Additionally, as outlined in IUHP's Motion to Dismiss and Brief in Support, Plaintiff failed to exhaust his administrative remedies under the Indiana Medical Malpractice Act. As pointed out by IUHP, while Plaintiff filed a Proposed Complaint in the Indiana Department of Insurance, the Proposed Complaint does not name IU Med School, a qualified provider entitled to the protections of the Medical Malpractice Act. Even if timely filed, this Court would therefore lack subject matter jurisdiction over Plaintiff's claim against IU Med School.

WHERFORE, Defendant Indiana University School of Medicine, by counsel, respectfully requests that the Court grant its motion to dismiss Plaintiff's claim because the claim is untimely and, even if timely, the Court lacks subject matter jurisdiction over this claim.

Respectfully submitted,

Clendening Johnson & Bohrer, P.C.

/s/Kelly J. Pitcher
Kelly J. Pitcher, Attorney No. 14101-49
/s/Elizabeth S. Traylor
Elizabeth S. Traylor, Attorney No. 32784-42

**CLENDENING JOHNSON & BOHRER, P.C.**
101 W. Ohio Street, Suite 600
Indianapolis, IN 46204

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's electronic filing system upon the following parties or their counsel of record this 3rd day of May, 2017:

Michael L. Einterz
Zachary J. Eichel
Einterz & Einterz
4600 Northwest Plaza West Drive
Zionsville, IN 46077

Mary M.R. Feldhake
Philip Zimmerly
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Josh J. Winkler
Rachana N. Fischer
United States Attorney's Office
10 W. Market Street, Suite 2100
Indianapolis, IN 46204

/s/Kelly J. Pitcher
Kelly J. Pitcher

**Clendening Johnson & Bohrer, PC**
101 W. Ohio Street, Suite 600
Indianapolis, IN 46204
(317) 377-1780
kpitcher@lawcjb.com
etraylor@lawcjb.com