UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENNIS WESOLOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-cv-00749-JMS-MPB |
| | ) | |
| UNITED STATES, INDIANA | ) | |
| UNIVERSITY HEALTH CARE | ) | |
| ASSOCIATES, INC. d/b/a IU HEALTH | ) | |
| PHYSICIANS, INDIANA UNIVERSITY | ) | |
| SCHOOL OF MEDICINE, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS AND/OR STAY PURSUANT TO**
**FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(7)**

Pursuant to Rules 12(b)(1) and 12(b)(7) of the Federal Rules of Civil Procedure, the United States respectfully requests that the Court dismiss the Complaint filed by plaintiff, Dennis Wesolowski, for the following reasons:

1. The Court lacks subject matter jurisdiction over Plaintiff's breach of duty to third party beneficiary claim because under the Tucker Act, 28 U.S.C. § 1491(a)(1), disputes based on contracts with the United States exceeding $10,000.00 must be brought in the United States Court of Federal Claims.

2. The Court lacks subject matter jurisdiction over Plaintiff's negligence claim to the extent that Plaintiff is seeking relief based on the alleged actions of Dr. Chandru Sundaram, an independent contractor who Plaintiff alleges was the supervising surgeon for the procedure at issue. Under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671, there is no waiver of sovereign immunity for claims based on the actions of independent contractors.

3. The Court should dismiss or stay Plaintiff's negligence claim to the extent that

Plaintiff is seeking relief based on the alleged actions of medical personnel other than Dr. Sundaram pursuant to Rule 12(b)(7) for failure to join a necessary party. The parties cannot meaningfully litigate a medical negligence claim without the involvement of the doctor that Plaintiff claims supervised the procedure at issue.

WHEREFORE, the United States respectfully requests that the Court dismiss and/or stay the Complaint pursuant to Rules 12(b)(1) and 12(b)(7) of the Federal Rules of Civil Procedure.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: s/ *Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2017, a copy of the foregoing was filed electronically.

Notice of this filing will be sent electronically to:

Michael L. Einterz, Esq.
Zachary J. Eichel, Esq.
Einterz & Einterz
4600 Northwest Plaza West Drive
Zionsville, IN 46077
mike@einterzlaw.com
zach@einterzlaw.com

Mary M. Ruth Feldhake
Philip R. Zimmerly
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
MFeldhake@boselaw.com
PZimmerly@boselaw.com

Kelly J. Pitcher, Esq.
Elizabeth S. Traylor, Esq.
Clendening Johnson and Bohrer, P.C.
101 West Ohio Street, Suite 600
Indianapolis, IN 46204
kpitcher@lawcjb.com
etraylor@lawcjb.com

            s/ *Rachana N. Fischer*
            Rachana N. Fischer
            Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: Rachana.Fischer@usdoj.gov