UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS WESOLOWSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:17-cv-00749-JMS-MPB |
| UNITED STATES, INDIANA UNIVERSITY HEALTH CARE ASSOCIATES, INC. d/b/a IU HEALTH PHYSICIANS, INDIANA UNIVERSITY SCHOOL OF MEDICINE, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO RE-OPEN ADMINISTRATIVELY CLOSED MATTER

On September 8, 2017, after a telephone conference with all parties, this matter was administratively closed pending the completion of the medical review panel process.

Pursuant to the Order on Telephonic Status Conference issued, a Motion was to be filed within twenty-eight (28) days of the receipt of the panel opinion.

The medical review panel opinion was received on December 21, 2017.

WHEREFORE, Plaintiff, Dennis Wesolowski, requests that this matter be again placed on the active docket.

Respectfully submitted,

/s/ Zachary J. Eichel
Zachary J. Eichel, #28895-49
zach@einterzlaw.com
Michael L. Einterz
mike@einterzlaw.com
Einterz & Einterz
4600 Northwest Plaza West Drive
Zionsville, Indiana 46077
(317) 337-2021