UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENNIS WESOLOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:17-cv-00749-JMS-MPB |
| | ) | |
| UNITED STATES, | ) | |
| INDIANA UNIVERSITY HEALTH CARE | ) | |
| ASSOCIATES, INC. d/b/a | ) | |
| IU HEALTH PHYSICIANS, | ) | |
| INDIANA UNIVERSITY | ) | |
| SCHOOL OF MEDICINE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff's, Dennis Wesolowski, Motion to Re-Open this case, which was administratively closed on September 11, 2017, with leave permitted for either party to request re-opening upon the completion of the Medical Review Panel process.

Mr. Wesolowski's motion notifies the Court that the Medical Review Panel opinion was received on December 21, 2017.

Therefore, the Court **GRANTS** Plaintiff's Motion to Re-Open this matter. **IT IS FURTHER ORDERED** that the Clerk is directed to administratively re-open this case.

**SO ORDERED.**

Date: January 10, 2018

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Zachary Judson Eichel
EINTERZ & EINTERZ
zach@einterzlaw.com

Michael L. Einterz, Sr.
EINTERZ & EINTERZ
mike@einterzlaw.com

Mary M. Ruth Feldhake
BOSE MCKINNEY & EVANS, LLP
mfeldhake@boselaw.com

Rachana Nagin Fischer
UNITED STATES ATTORNEY'S OFFICE
rachana.fischer@usdoj.gov

Kelly J. Pitcher
CLENDENING JOHNSON & BOHRER PC (Indianapolis)
kpitcher@lawcjb.com

Philip R. Zimmerly
BOSE MCKINNEY & EVANS, LLP
pzimmerly@boselaw.com