# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS WESOLOWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:17-cv-00749-JMS-MPB |
| ) | |
| UNITED STATES, CHANDRU ) | |
| SUNDARAM, M.D., BENJAMIN CARPENTER, ) | |
| M.D., AND JEROMY HACKNEY, M.D., ) | |
| ) | |
| Defendants. ) | |

## AMENDED COMPLAINT

Plaintiff, Dennis Wesolowski, by counsel, by way of his Amended Complaint against the Defendants, United States, Chandru Sundaram, M.D., Benjamin Hackney, M.D., and Jeromy Hackney, M.D. states as follows:

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 28 USC §1402.

## VENUE

2. Venue lies in the United States District Court Southern District of Indiana, because the United States, by way of the VA Medical Center in Indianapolis, Indiana, and Indiana University are within this district.

## DEFENDANTS

3. The Defendant, VA Medical Center, is owned and operated by the United States government.

4. Chandru Sundaram, M.D. ("Dr. Sundaram") is a health care provider as defined in I.C. 34-18-2-14 and holds himself out as a urological surgeon. Dr. Sundaram consents to jurisdiction of this Court.

5. Benjamin Carpenter, M.D. ("Dr. Carpenter") is a health care provider as defined in I.C. 34-18-2-14 and at all times relevant to this Complaint a Surgical Resident under the supervision of Dr. Sundaram. Dr. Carpenter is an employee of the United States.

6. Jeromy Hackney, M.D. ("Dr. Hackney") is a health care provider as defined in I.C. 34-18-2-14 and at all times relevant to this Complaint a Surgical Resident under the supervision of Dr. Sundaram. Dr. Hackney is an employee of the United States. (Drs Sundaram, Carpenter, and Hackney collectively referred to as the "Treating Physicians".)

## ALLEGATIONS

### Count I
### Negligence

7. Dennis Wesolowski was a resident of Indiana at all times relevant to this Complaint.

8. Dennis Wesolowski was admitted to the VA Medical Center in Indianapolis, Indiana on June 10, 2014 to undergo a Transurethral resection of the prostate ("TURP")(the "Procedure") to treat an enlarged prostate.

9. Dr. Hackney was the resident, surgeon for this Procedure, Dr. Carpenter was the resident, first assisting surgeon and Dr. Sundaram was the attending and supervising surgeon.

10. Drs Hackney and Carpenter did not properly perform the Procedure on June 10, 2014.

11. Dr. Sundaram did not adequately supervise the surgeons performing the Procedure on June 10, 2014, nor did he intervene to correct the substandard care rendered by Drs Hackney and Carpenter.

12. Prior to the Procedure, the Treating Physicians failed to provide adequate information to allow for Dennis to provide informed consent.

13. Additionally, Dennis was never informed of the presence and risks of an arteriovenous malformation (AVM), or what would be required to address the AVM, prior to the Procedure.

14. The Treating Physicians failed to diagnose the presence of an AVM prior to performing the TURP procedure or to address the AVM during the Procedure.

15. Due to the improperly performed Procedure, Dennis experienced a great deal of pain and suffering, and 40 days of hospitalization. He has been required to undergo multiple other medical procedures to attempt to diagnose and correct the problems caused by the Treating Physicians care.

16. Dennis now has permanent physical injury to his bladder, urethra, and penis. He is incontinent and impotent.

17. Dennis' quality of life has been severely impacted.

18. Dennis will require additional medical treatment, relating to this incident, for the remainder of his life.

19. The care rendered by Drs Hackney, Carpenter and Sundaram in treating Dennis Wesolowski and in performing Dennis' surgery on June 10, 2014 was below the minimum level of acceptable care by, among other things:

    (a) Failing to provide adequate information to allow Dennis to provide informed consent.

    (b) Failing to diagnose and address the presence of an arteriovenous malformation prior to the ordering Procedure.

    (c) Failing to perform surgery properly on Dennis causing severe harm to Dennis; and

    (d) Failing to identify, treat, and correct the damages caused by improperly performing the TURP procedure.

20. The inadequate and substandard care rendered by Drs Hackney, Carpenter and Sundaram, resulted in Dennis experiencing great pain, suffering, permanent disability, and damages including requiring additional treatment, hospitalization, and surgery.

21. Dennis, as a result of the negligent care and treatment by Drs. Hackney, Carpenter, and Sundaram, suffered multiple injuries from at least one if not more than one occurrence of malpractice, as defined in I.C. 34-18. Dennis, as a result of the negligent care and treatment he received, suffered substantial injuries which entitle him to damages as provided in I.C. 34-18.

## Count II
## Negligence

22. Plaintiff incorporates by reference paragraphs 1-21 of his Complaint as if fully set forth herein.

23. The VA is the employer of some of these physicians and the owner and operator of the medical facility in which some of the procedures were performed.

24. The VA contracted for the services of the individual physicians and the services of Dr. Sundaram and Indiana University.

25. The VA owed a duty to Dennis and was responsible for imposing and enforcing certain protocols to prevent injury or harm to Dennis.

26. The VA failed to impose or enforce necessary rules and procedures to prevent harm to Dennis.

27. As a result of the VA's failures Dennis was injured and suffered damages.

28. The VA's failure constitutes negligence.

WHEREFORE, Plaintiff, Dennis Wesolowski, prays for judgment in his favor and for such damages as are reasonable in the premises, and for all other just and proper relief.

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, by counsel, and hereby makes Request for Trial by Jury of all issues of the above-entitled, numbered and styled cause of action.

Respectfully submitted,

/s/ Zachary J. Eichel
Zachary J. Eichel, #28895-49
zach@einterzlaw.com
Michael L. Einterz
mike@einterzlaw.com
Einterz & Einterz
4600 Northwest Plaza West Drive
Zionsville, Indiana 46077
(317) 337-2021

# CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of April 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system or via first class United States mail, postage prepaid. Parties may access this filing through the Court's system.

      Rachana N. Fischer
      Gina M. Shields
      United States Attorney's Office
      10 W. Market Street, Suite 2100
      Indianapolis, Indiana 46204
      Rachana.Fischer@usdoj.gov
      Gina.Shields@usdoj.gov


      Mary M.R. Feldhake
      Philip Zimmerly
      Bose McKinney & Evans, LLP
      111 Monument Circle, Suite 2700
      Indianapolis, Indiana 46204
      MFeldhake@boselaw.com
      PZimmerly@boselaw.com


      Jeromy Hackney, M.D.
      6290 Central Blvd., #207
      Whitestown, Indiana 46075


                                            /s/ Zachary J. Eichel

Einterz & Einterz
4600 NW Plaza West Drive
Zionsville, IN 46077
zach@einterzlaw.com
mike@einterzlaw.com